No. 355. LYND, CIRCUIT CLERK AND REGISTRAR OF VOTERS OF FORREST COUNTY, MISSISSIPPI, ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Joe T. Patterson,* Attorney General of Mississippi, *Dugas Shands, Peter M. Stockett, Jr.* and *Will S. Wells,* Assistant Attorneys General, and *M. M. Roberts* for petitioners. *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Isabel L. Blair* for the United States.

No. 104, Misc. ROLLINS *v.* DUNBAR, CORRECTIONS DIRECTOR, ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *William E. James,* Assistant Attorney General, for respondents.

No. 113, Misc. ROSANIA *v.* NEW JERSEY. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Peter Murray* for respondent.

No. 124, Misc. BOWIE *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *Robert R. Granucci, John S. McInerny* and *John F. Foran,* Deputy Attorneys General, for respondent.

No. 145, Misc. CUOMO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. William I. Siegel* for respondent.

No. 252, Misc. JACKSON *v.* MARONEY, CORRECTIONAL SUPERINTENDENT, ET AL. Supreme Court of Pennsylvania. Certiorari denied. Petitioner *pro se. John K. Best* for respondents.